JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 08-7486-AG(ANx) | | Date February 5, 2009 |
| Title Roberta Pifer et al v. DirecTV, Inc. et aL | | |

| | | |
|---|---|---|
| Present: The Honorable | ANDREW J. GUILFORD | |
| Lisa Bredahl | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings:   (In Chambers)   ORDER DISMISSING CONSOLIDATED CASE

On January 26, 2009, this matter was consolidated into case SACV 08-741-AG(ANx): Annette Kahaly, et al v Directv, Inc., et al

Accordingly, the Court orders the above-entitled action dismissed.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |